# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

VONNIE FRANK TODD, JR.

NO. 2026 KW 0228

**JUNE 1, 2026**

---

In Re:    Vonnie Frank Todd, Jr., applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, Nos. 08-175376, 16-197721.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** Louisiana Revised Statutes 1:2 provides: "No Section of the Revised Statutes is retroactive unless it is expressly so stated." The 2025 amendments to the postconviction relief articles went into effect on August 1, 2025, with no express pronouncement with regard to their retroactive application. (2025 La. Acts No. 393, § 1). Accordingly, the district court's dismissal of relator's 2013 application for postconviction relief and first supplement is an impermissible application of La. Code Crim. P. art. 927.1. Accordingly, the district court's rulings on relator's 2013 application for postconviction relief and first supplement are vacated, and this matter is remanded for the court to order the district attorney to file any procedural objections he may have or an answer on the merits based upon the law in effect at the time of the filings. It is undisputed that relator's counseled 2024 supplemental memorandum was filed after the expiration of the time delay. See La. Code Crim. P. art. 930.8(A). Except as provided in La. Code Crim. P. art. 930.8, the district court has no authority to extend those limits beyond the delays set forth by the legislature. **Benoit v. Guerin**, 2022-547 (La. App. 5th Cir. 1/18/23), 357 So.3d 434, 440, writ denied, 2023-00250 (La. 6/7/23), 361 So.3d 966. In all other respects, the writ application is denied.

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.